**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Local Eateries, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2559523** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **501 Gallatin Road**<br>**Nashville, TN 37206**<br>Number, Street, City, State & ZIP Code | **PO Box 281435**<br>**Nashville, TN 37228**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Davidson**<br>County | **Location of principal assets, if different from principal place of business**<br>**117 Masonic Drive Princeton, KY 42445**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5147</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

> ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
>
> ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
>
> ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
>
> ☐ A plan is being filed with this petition.
>
> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
>
> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
>
> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 17, 2025**
          MM / DD / YYYY

**X /s/ Chris Carter**                  **Chris Carter**
Signature of authorized representative of debtor      Printed name

Title    **Co-Founder**

---

**18. Signature of attorney**

**X /s/ R. Alex Payne**          Date   **March 17, 2025**
Signature of attorney for debtor                 MM / DD / YYYY

**R. Alex Payne**
Printed name

**Dunham Hildebrand Payne Waldron, PLLC**
Firm name

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

Contact phone   **629 777 6529**      Email address   **alex@dhnashville.com**

**031387 TN**
Bar number and State

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number (*if known*) _____    Chapter __11__

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **Local Eateries, LLC** | Relationship to you | **Affiliate** |
| District | **Middle District of Tennessee** | When _____ | Case number, if known | _____ |
| Debtor | **Porter Road Butcher Meat Co., LLC** | Relationship to you | **Affiliate** |
| District | **Middle District of Tennessee** | When _____ | Case number, if known | _____ |

**Fill in this information to identify the case:**

Debtor name    **Local Eateries, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 17, 2025**      X **/s/ Chris Carter**
                                             Signature of individual signing on behalf of debtor

                                             **Chris Carter**
                                             Printed name

                                             **Co-Founder**
                                             Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Local Eateries, Inc.**

United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Backbone Enterprises 2, LLC 5633 Peep O Day Lane Loveland, CO 80538 | | SAFE note | Contingent Unliquidated | | | $450,000.00 |
| Chris Roach 1780 46th Ave Capitola, CA 95010 | | UCC Doc. No. 20251223400 and U2025003459 - blanket lien | | $300,000.00 | $0.00 | $300,000.00 |
| David Harding PO Box 30 Lincoln, MA 01773 | | SAFE note | Contingent Unliquidated | | | $200,000.00 |
| Hampton Premium Meats 1890 Pembroke Road Hopkinsville, KY 42240 | | | | | | $174,986.30 |
| J&C Limited Family Partnership, LLC 4442 West Lane Cuba City, WI 53807 | | SAFE note | Contingent Unliquidated | | | $200,000.00 |
| J&M KY Properties LLC 25955 S. Carmel Hills Drive Carmel, CA 93923-8356 | | | | | | $168,045.00 |
| Jason Anderlite 63 Pasatiempo Drive Santa Cruz, CA 95060 | | SAFE note | Contingent Unliquidated | | | $250,000.00 |
| Jesse Rogers 278 Park Lane Atherton, CA 94027 | | SAFE note | Contingent Unliquidated | | | $250,000.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Joey Rittenberry Farm**<br>**884 Klondike Mine Road**<br>**Burna, KY 42028** | | | **Contingent**<br>**Unliquidated** | | | **$1,034,194.61** |
| **L37 Annapurna Evergreen, LP**<br>**23915 E. Cliff Dirve**<br>**Santa Cruz, CA 95062** | | **SAFE note** | **Contingent**<br>**Unliquidated** | | | **$1,000,000.00** |
| **Lucy Carter**<br>**2120 Harding Place**<br>**Nashville, TN 37215** | | **Personal loan** | | | | **$164,000.00** |
| **Manufactured Networks, Inc.**<br>**10000 Washington Blvd., 6th Floor**<br>**Culver City, CA 90232** | | **UCC Doc. No. 438568603** | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | | | **$4,694,325.18** |
| **PIRS Capital, LLC**<br>**1688 Meridian Ave, Ste 700**<br>**Miami Beach, FL 33139** | | **UCC Doc. No. U2025004605 - Accounts receiveable** | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | | | **$480,000.00** |
| **RDM Capital Funding, LLC**<br>**DBA FinTap**<br>**777 Passaic Ave, Ste 375**<br>**Clifton, NJ 07012** | | | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | | | **$145,262.00** |
| **Robert Ryan Chapman**<br>**2090 Old Airport Road**<br>**Nunnelly, TN 37137** | | **SAFE note** | **Contingent**<br>**Unliquidated** | | | **$250,000.00** |
| **Sam Reed**<br>**865 Robertson Academy Road**<br>**Nashville, TN 37220** | | **SAFE note** | **Contingent**<br>**Unliquidated** | | | **$250,000.00** |
| **Shopify Capital, Inc.**<br>**103 Fould Road Suite 218F**<br>**Wilmington, DE 19803** | | **UCC Doc. No. 440827795: receipts; UCC Doc. No. 2024 8833012: Blanket lien** | | **$395,000.00** | **$0.00** | **$395,000.00** |
| **Stanford & Lindsey Phillips**<br>**159 Avery St**<br>**Decatur, GA 30030** | | **SAFE note** | **Contingent**<br>**Unliquidated** | | | **$200,000.00** |
| **UPS**<br>**PO Box 809488**<br>**Chicago, IL 60680** | | | | | | **$280,695.31** |

| Debtor | Local Eateries, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **William H. Freeman Trust** **3810 Bedford Ave, Suite 300** **Nashville, TN 37215** | | **SAFE note** | **Contingent Unliquidated** | | | **$1,000,000.00** |

Debtor name    **Local Eateries, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..................................................................................................    $     **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................................    $     **1,309,439.49**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................................    $     **1,309,439.49**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **695,000.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $     **35,825.79**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **13,054,692.98**

4.    **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b                   $     **13,785,518.77**

Debtor name    **Local Eateries, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Regions Bank** | **Checking** | **5781** | **$23,617.32** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | | | | **$23,617.32**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit for LOI for USDA grant through Sertant Capital, LLC** | **$15,000.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.** | | **$15,000.00**

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **205,982.53**    -    **15,577.90**   = ....     **$190,404.63**
                   face amount            doubtful or uncollectible accounts

11b. Over 90 days old:     **51,687.05**    -    **7,956.51**   =....     **$43,730.54**
                   face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

           **$234,135.17**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** <br> **Meat inventory** | | $0.00 | | $285,081.00 |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** <br> **Packaged meat, retail** <br> **packaged meat products** | | $0.00 | | $682,292.00 |
| 22.   **Other inventory or supplies** <br> **Packaging** | | $0.00 | | $54,314.00 |

23.     **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

           **$1,021,687.00**

24.     **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value ___195,069.95___ Valuation method ___**Purchase price**___ Current Value ___195,069.95___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **5 computers, 10 laptops, 4 iPhones, 2 TVs** | **$0.00** | **Liquidation** | **$6,000.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
| --- |
| **$6,000.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
     **R79263 UltraSource UV2100 Double Chamber Vacuum Sealer S/N**                    $0.00                                   $9,000.00

51.  **Total of Part 8.**                                                                                    $9,000.00

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **117 Masonic Drive, Princeton, KY - nature of interest is a leasehold** | | **$0.00** | | **Unknown** |

56.  **Total of Part 9.**                                                                                    $0.00

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Case 3:25-bk-01131    Doc 1    Filed 03/17/25    Entered 03/17/25 19:01:26    Desc Main
                              Document        Page 15 of 79

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trademarks and servicemarks utilized in connection with Debtors' business, including "Porter Road" common law trademark and Serial No. 98498387.** | **$0.00** | | **$0.00** |
| 61. **Internet domain names and websites** **prbutcher.com; porterroad.com** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Porter Road customer lists, gathered through CRM platforms** | **$0.00** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

                                                      **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

     ■ No
     ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ■ No
     ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                **Current value of debtor's interest**

71. **Notes receivable**
     Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
       **Porter Road Butcher Meat Co., LLC - 100% ownership - Assets include: 117 Masonic Dr., Princeton, KY 42445; 1402 Hopkinsville Street, Princeton, KY 42445; Checking account at First Southern National Bank;  Single-wide trailer located on 1402 Hopkinsville Street, Princeton, KY**                                                                      **Unknown**

       **Local Eateries LLC - 100% ownership - Assets include: Lease on 501 Gallatin Rd, Nashville, Tn 37206; Checking acount at Fourth Capital x4010; 2020 Ford Escape (subject to lien held by Ally Financial in the amount of $17k - UPDATE)**                                                          **Unknown**

78.    **Total of Part 11.**                                                                                            **$0.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $23,617.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $234,135.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,021,687.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,309,439.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,309,439.49 |

Debtor name  **Local Eateries, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property      **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

**2.1** | **Chris Roach**
Creditor's Name

**1780 46th Ave
Capitola, CA 95010**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**UCC Doc. No. 20251223400 and U2025003459 - blanket lien**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$300,000.00**

Value of collateral: **$0.00**

**2.2** | **First Citizens Bank & Trust Company**
Creditor's Name

**75 N. Fair Oaks Avenue
Pasadena, CA 91103**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**UCC Doc. No. 2021 5421186: Blanket lien**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$0.00**

Value of collateral: **Unknown**

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                page 1 of 3

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Fourth Capital Bank** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**10 Lea Ave, Ste 900**
**Nashville, TN 37210**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**UCC Doc. No. 2021 6627435: security system equipment. Property and original lease belongs to Porter Road Butcher Meat Co.,, LLC**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Shopify Capital, Inc.** | Describe debtor's property that is subject to a lien | $395,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**103 Fould Road**
**Suite 218F**
**Wilmington, DE 19803**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**UCC Doc. No. 440827795: receipts; UCC Doc. No. 2024 8833012: Blanket lien**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $695,000.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Local Eateries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line _2.4_ | |
| **Corporation Service Company**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line _2.4_ | |
| **CSC**<br>**801 Adalai Stevenson Dr**<br>**Springfield, IL 62703** | Line _2.2_ | |
| **Exo Legal PLLC**<br>**PO Box 121616**<br>**Nashville, TN 37212** | Line _2.1_ | |
| **Middesk, Inc.**<br>**As Representative**<br>**56 Broad St, Ste 14033** | Line _2.4_ | |

Debtor name **Local Eateries, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $7,377.60 | $0.00 |

| | |
|---|---|
| **Delaware Secretary of State**<br>**State of DE, Divisions of**<br>**Corporations**<br>**PO Box 5509**<br>**Binghamton, NY 13902-5509** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| | | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $0.00 | $0.00 |

| | |
|---|---|
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only** |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| Debtor | **Local Eateries, Inc.** | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,448.19 | $0.00 |
|---|---|---|---|---|

**TN Department of Revenue**
**500 Deaderick Street**
**Nashville, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**1999 Frederick R. Wilson Irrevocable Tru**
**397 W 12th**
**New York, NY 10014**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **SAFE note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,330.13 |
|---|---|---|---|

**A.C. Legg, Inc.**
**PO Box 709**
**Calera, AL 35040-0709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,903.27 |
|---|---|---|---|

**ADT Commercial**
**PO Box 382109**
**Pittsburgh, PA 15251-8109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**Agustin Garibey**
**PO Box 174**
**Madison, TN 37116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Allison Cook Hall**
**900 20th Ave S**
**#1203**
**Nashville, TN 37212**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **SAFE note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.67 |
|---|---|---|---|

**American Paper & Twine Company**
**PO Box 90348**
**Nashville, TN 37209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Andrew Gellert**
**18 Skyline Drive**
**Randolph, NJ 07869**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SAFE note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434.69 |
|---|---|---|---|

**Arthur J. Gallagher Risk Management**
**Services, LLC**
**PO Box 39735**
**Chicago, IL 60694-9700**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,883.00 |
|---|---|---|---|

**Artic Restaurant Service & Supply**
**1520 Island Ford Road**
**Madisonville, KY 42431**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,427.62 |
|---|---|---|---|

**Ascentium Capital**
**23970 Highway 59 North**
**Kingwood, TX 77339**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,360.51 |
|---|---|---|---|

**Attentive Mobile Inc.**
**221 River Street**
**9th Floor**
**Hoboken, NJ 07030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450,000.00 |
|---|---|---|---|

**Backbone Enterprises 2, LLC**
**5633 Peep O Day Lane**
**Loveland, CO 80538**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SAFE note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,010.00 |
|---|---|---|---|
| | **Baker Donelson** | ☐ Contingent | |
| | **1600 West End Avenue, Suite 2000** | ☐ Unliquidated | |
| | **Nashville, TN 37203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | **BDBCreative Inc.** | ☐ Contingent | |
| | **55 Mallory Rd** | ☐ Unliquidated | |
| | **Ghent, NY 12075** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,280.00 |
|---|---|---|---|
| | **Belmark** | ☐ Contingent | |
| | **PO Box 8814** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-8814** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|
| | **Benjamin Canright Eagles** | ■ Contingent | |
| | **4601 Elkins Ave, Unit B** | ■ Unliquidated | |
| | **Nashville, TN 37209** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __SAFE note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,915.51 |
|---|---|---|---|
| | **Berlin Packaging, LLC** | ☐ Contingent | |
| | **525 West Monroe Street** | ☐ Unliquidated | |
| | **14th Floor** | ☐ Disputed | |
| | **Chicago, IL 60661** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|
| | **Bill Thoni** | ■ Contingent | |
| | **1542 N Terhune** | ■ Unliquidated | |
| | **Wichita, KS 67230** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __SAFE note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,595.06 |
|---|---|---|---|
| | **Black Equipment** | ☐ Contingent | |
| | **5119 Charter Oak Drive** | ☐ Unliquidated | |
| | **Paducah, KY 42001** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:25-bk-01131    Doc 1    Filed 03/17/25    Entered 03/17/25 19:01:26    Desc Main
Document     Page 25 of 79

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $541.00 |
|---|---|---|---|

**Blankenship CPA Group, PLLC**
**700 Church Street**
**Suite 100**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.92 |
|---|---|---|---|

**Boost Promotions, Inc**
**100 Cummings Center**
**Suite 216G**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Breathitt Veterinary Center**
**PO Box 2000**
**Murray, KY 42071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,581.54 |
|---|---|---|---|

**Brex, Inc.**
**CSC - Lawyers Incorporating Service**
**2710 Gateway Oaks Drive, Suite 150N**
**Sacramento, CA 95833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,841.76 |
|---|---|---|---|

**Caldwell Mechanical**
**1010 Krebs Station Rd**
**Paducah, KY 42003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,511.47 |
|---|---|---|---|

**Carta**
**333 Bush Street**
**Suite 2300**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Casey Lynch**
**1883 Camino A Los Cerros**
**Menlo Park, CA 94025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** SAFE note

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-01131   Doc 1   Filed 03/17/25   Entered 03/17/25 19:01:26   Desc Main
Document      Page 26 of 79

| Debtor | **Local Eateries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Chase Beeler**
**PO Box 1513**
**Palo Alto, CA 94302**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SAFE note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Chris Jensen**
**1016 Wild Elm Street**
**Kissimmee, FL 34747**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SAFE note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $817.93 |
|---|---|---|---|

**Cincinnati Insurance Co.**
**Deductible Recovery Group**
**PO Box 6068-31**
**Hermitage, PA 16148-1068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,077.28 |
|---|---|---|---|

**Cintas**
**PO Box 630921**
**Cincinnati, OH 45263-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Clearco**
**548 Market Street, #68100**
**San Francisco, CA 94104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.41 |
|---|---|---|---|

**Coast Fuel Card**
**PO Box 483**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,450.00 |
|---|---|---|---|

**Compass East Financial LLC**
**1910 21st Ave S**
**Nashville, TN 37212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Case 3:25-bk-01131   Doc 1   Filed 03/17/25   Entered 03/17/25 19:01:26   Desc Main
Document     Page 27 of 79

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
| --- | --- | --- | --- |
| | **Cook Well Co**<br>**PO Box 6009**<br>**Bozeman, MT 59771** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,021.41** |
| --- | --- | --- | --- |
| | **Creation Gardens**<br>**725 East Market Street**<br>**Louisville, KY 40202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,562.56** |
| --- | --- | --- | --- |
| | **Creative Packaging Company**<br>**6301 Midland Industrial Drive**<br>**Shelbyville, KY 40065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
| --- | --- | --- | --- |
| | **Creek Club Capital**<br>**1561 Roswell Street SE**<br>**Smyrna, GA 30080** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **SAFE note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360.00** |
| --- | --- | --- | --- |
| | **Cypress Valley Meat Company LLC**<br>**5951 Hwy 64e**<br>**Pottsville, AR 72858** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$518.40** |
| --- | --- | --- | --- |
| | **Darling Ingredients Inc**<br>**PO Box 554885**<br>**Detroit, MI 48255-4885** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
| --- | --- | --- | --- |
| | **David Harding**<br>**PO Box 30**<br>**Lincoln, MA 01773** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **SAFE note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Local Eateries, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,853.30** |
|---|---|---|---|

**DLA Piper LLP**
**650 Exeter Street, Suite 1100**
**Baltimore, MD 21202-4576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,722.94** |
|---|---|---|---|

**DPSP Online, LLC**
**1780 46th Ave**
**Capitola, CA 95010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,429.61** |
|---|---|---|---|

**FedEx Corporate Services Inc.**
**PO Box 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,412.45** |
|---|---|---|---|

**Fourth Capital Bank**
**PO Box 305099**
**Nashville, TN 37230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Fred J Hall Revocable Trust**
**9225 Lake Hefner Parkway, Ste 200**
**Oklahoma City, OK 73120**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **SAFE note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Geisenheim Investment Trust**
**6365 Engh Place**
**Timnath, CO 80547**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **SAFE note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,813.23** |
|---|---|---|---|

**Goody Technologies, Inc.**
**650 Northeast 32nd St**
**Unit 4103**
**Miami, FL 33137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Great American Insurance Agency, Inc.**
**117 N Massachusetts Ave**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174,986.30 |
|---|---|---|---|

**Hampton Premium Meats**
**1890 Pembroke Road**
**Hopkinsville, KY 42240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,725.15 |
|---|---|---|---|

**ICI Mechanical, LLC**
**1010 Krebs Station Road**
**Paducah, KY 42003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,880.12 |
|---|---|---|---|

**IPFS Corporation**
**24722 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.61 |
|---|---|---|---|

**ISolved Benefit Services**
**PO Box 889**
**Coldwater, MI 49036-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,845.48 |
|---|---|---|---|

**IT Voice**
**L4349**
**Columbus, OH 43260-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**J&C Limited Family Partnership, LLC**
**4442 West Lane**
**Cuba City, WI 53807**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SAFE note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168,045.00 |
|---|---|---|---|

**J&M KY Properties LLC**
**25955 S. Carmel Hills Drive**
**Carmel, CA 93923-8356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Jason Anderlite**
**63 Pasatiempo Drive**
**Santa Cruz, CA 95060**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SAFE note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Jesse Rogers**
**278 Park Lane**
**Atherton, CA 94027**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SAFE note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.75 |
|---|---|---|---|

**JJ Keller**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,974.36 |
|---|---|---|---|

**Joes Farm LLC**
**53323 Pulver Road**
**Three Rivers, MI 49093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034,194.61 |
|---|---|---|---|

**Joey Rittenberry Farm**
**884 Klondike Mine Road**
**Burna, KY 42028**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**John Jay**
**2009 West 127th Street**
**Leawood, KS 66209**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SAFE note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Local Eateries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**John Keating**
**26208 Countryside Dr**
**Spicewood, TX 78669**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SAFE note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,442.00 |
|---|---|---|---|

**Keep It Cool**
**7742 Kendall Drive 173**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Kent Rollins**
**907 9th Street**
**Wellington, TX 79095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Keoni Schwartz**
**475 Cotton Street**
**Menlo Park, CA 94025**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SAFE note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,366.00 |
|---|---|---|---|

**KraftCPAs PLLC**
**555 Great Circle Road**
**Nashville, TN 37228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,795.52 |
|---|---|---|---|

**KTM Industries, Inc.**
**dba GreenCellFoam**
**2325 Jarco Drive**
**Holt, MI 48842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**L37 Annapurna Evergreen, LP**
**23915 E. Cliff Dirve**
**Santa Cruz, CA 95062**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SAFE note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,119.91 |
|---|---|---|---|
| | **Liberty Packaging** | ☐ Contingent | |
| | **PO Box 858935** | ☐ Unliquidated | |
| | **Minneapolis, MN 55485-8935** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,935.01 |
|---|---|---|---|
| | **Lockwood Packing Company LLC** | ☐ Contingent | |
| | **511 W. 6th Street** | ☐ Unliquidated | |
| | **PO Box 87** | ☐ Disputed | |
| | **Lockwood, MO 65682** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,431.60 |
|---|---|---|---|
| | **Luckey Hospitality, LLC** | ☐ Contingent | |
| | **101 Centennial Circle** | ☐ Unliquidated | |
| | **Ste 101** | ☐ Disputed | |
| | **Nashville, TN 37209** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164,000.00 |
|---|---|---|---|
| | **Lucy Carter** | ☐ Contingent | |
| | **2120 Harding Place** | ☐ Unliquidated | |
| | **Nashville, TN 37215** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Personal loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,694,325.18 |
|---|---|---|---|
| | **Manufactured Networks, Inc.** | ■ Contingent | |
| | **10000 Washington Blvd., 6th Floor** | ■ Unliquidated | |
| | **Culver City, CA 90232** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **UCC Doc. No. 438568603** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,024.45 |
|---|---|---|---|
| | **Marksbury Farm Foods, LLC** | ☐ Contingent | |
| | **7907 Nicholasville Road** | ☐ Unliquidated | |
| | **Lancaster, KY 40444** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $642.00 |
|---|---|---|---|
| | **McGee Pest Control, Inc.** | ☐ Contingent | |
| | **1826 South Walnut Street** | ☐ Unliquidated | |
| | **Hopkinsville, KY 42240** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Local Eateries, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Metro Water**
**PO Box 305225**
**Nashville, TN 37208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,455.22** |
|---|---|---|---|

**MH Equipment Company**
**PO Box 854469**
**Minneapolis, MN 55485-4469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Michael Greenfield**
**dba BGBK Inc.**
**672 10th Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,413.00** |
|---|---|---|---|

**Midwest Laboratories, Inc.**
**PO Box 685**
**Gretna, NE 68028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Milk Street Store**
**177  Milk Street**
**1st Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Music City Environmental**
**1629 Elm Hill Pike**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Nashville Electric Service**
**1214 Church Street**
**Nashville, TN 37246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
| --- | --- | --- | --- |
| | **Nashville Wire Products**<br>**199 Polk Ave**<br>**Nashville, TN 37210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,408.96** |
| --- | --- | --- | --- |
| | **Natural State Processsing, LLC**<br>**245 Quality Drive**<br>**Clinton, AR 72031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
| --- | --- | --- | --- |
| | **On Demand Solutions LLC**<br>**1009 Morchella Private Way**<br>**Hendersonville, TN 37075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.72** |
| --- | --- | --- | --- |
| | **Overhead Door Co. of Western Kentucky**<br>**523 Friendship Road**<br>**Paducah, KY 42001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$296.25** |
| --- | --- | --- | --- |
| | **PartsXpress**<br>**10191 Bunsen Way**<br>**Louisville, KY 40299** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,874.00** |
| --- | --- | --- | --- |
| | **PayPal Working Capital**<br>**Attn: Executive Escalation**<br>**PO Box 45950**<br>**Omaha, NE 68145** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258.40** |
| --- | --- | --- | --- |
| | **Piedmont Natural Gas**<br>**PO Box 33068**<br>**Charlotte, NC 28233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480,000.00 |
|------|------------------------------------------------|---------------------------------------|-----------|

**PIRS Capital, LLC**
**1688 Meridian Ave, Ste 700**
**Miami Beach, FL 33139**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: **UCC Doc. No. U2025004605 - Accounts receiveable**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,700.00 |
|------|------------------------------------------------|---------------------------------------|-----------|

**PO Fund III**
**A Series of JMWTX Investments, LP**
**PO Box 3217**
**Seattle, WA 98114**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: **SAFE note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|------------------------------------------------|---------------------------------------|-----------|

**Prairie Smokehouse Partners, LLC**
**1978 Western Drive**
**Greentop, MO 63546**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|------|------------------------------------------------|---------------------------------------|-----------|

**Promiles Software Development Corp.**
**1900 Texas Ave**
**PO Box 398**
**Bridge City, TX 77611**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $536.05 |
|------|------------------------------------------------|---------------------------------------|-----------|

**Quality Casings Company, Inc.**
**PO Box 695**
**Burlington, KY 41005**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,263.00 |
|------|------------------------------------------------|---------------------------------------|-----------|

**QVEST**
**1705 1st Ave**
**Greeley, CO 80631**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,640.52 |
|------|------------------------------------------------|---------------------------------------|-----------|

**Ramp Card**
**28 West 23rd Street**
**New York, NY 10010**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

| | | | |
|---|---|---|---|
| **3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
| | **Randall Eason**<br>**1293 Martin Ave**<br>**Palo Alto, CA 94301** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __SAFE note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145,262.00** |
| | **RDM Capital Funding, LLC**<br>**DBA FinTap**<br>**777 Passaic Ave, Ste 375**<br>**Clifton, NJ 07012** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ■ Yes | |

| | | | |
|---|---|---|---|
| **3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
| | **Robert Ryan Chapman**<br>**2090 Old Airport Road**<br>**Nunnelly, TN 37137** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __SAFE note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,533.50** |
| | **Rusken Packaging of TN Inc.**<br>**PO Box 11407**<br>**Birmingham, AL 35246-5827** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
| | **Sam Reed**<br>**865 Robertson Academy Road**<br>**Nashville, TN 37220** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __SAFE note__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,218.91** |
| | **Selective Insurance Company of America**<br>**PO Box 371468**<br>**Pittsburgh, PA 15250-7468** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,625.00** |
| | **Solaro Consulting Inc.**<br>**531 Lakehill Road**<br>**Kaleden, BC V0H1K0 Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:25-bk-01131   Doc 1   Filed 03/17/25   Entered 03/17/25 19:01:26   Desc Main
Document     Page 37 of 79

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,503.25 |
|---|---|---|---|

**Southern Missouri Containers Inc.**
PO Box 4306
Springfield, MO 65808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Spark Partnerships**
2241 Bridlewood Drive
Rancho Cordova, CA 95670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,440.00 |
|---|---|---|---|

**Square Sequatchie Cove Farm**
320 Dixon Cove Rd
Sequatchie, TN 37374-3015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Stanford & Lindsey Phillips**
159 Avery St
Decatur, GA 30030

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **SAFE note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Stephen Cusato**
dba Chop Studios Inc.
76 Kengsington Rd
Bronxville, NY 10708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Stones River Consulting, Inc.**
2441 Old Fort Parkway
Suite 407
Nashville, TN 37209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,532.00 |
|---|---|---|---|

**Stripe**
354 Oyster Point Boulevard
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,067.35 |
|---|---|---|---|

**Tempac, LLC**
**5590 Lauby Rd**
**Ste 10**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**The Elliott Homestead Inc.**
**PO Box 369**
**Malaga, WA 98828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,728.96 |
|---|---|---|---|

**The Spice Guy**
**411 Lipan Street**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,606.40 |
|---|---|---|---|

**Thermo King**
**Dept 83**
**PO Box 6069**
**Indianapolis, IN 46206-6069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Thomas A. Eastes, III**
**104 Wooldride Place**
**Pewee Valley, KY 40056**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **SAFE note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Timm & Garfinkel, LLC**
**770 Lake Cook Road**
**Suite 150**
**Deerfield, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,920.00 |
|---|---|---|---|

**Traffix**
**141 West Jackson Blvd**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-01131   Doc 1   Filed 03/17/25   Entered 03/17/25 19:01:26   Desc Main
Document      Page 39 of 79

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Trice Ventures, LLC**
**355 Barton way**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __SAFE note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**UKG, Inc.**
**1455 North Park Drive**
**Fort Lauderdale, FL 33326**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Uncrate**
**605 North High Street**
**#323**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,298.90 |
|---|---|---|---|

**UniFirst Corporation**
**PO Box 650481**
**Dallas, TX 75265-0481**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.76 |
|---|---|---|---|

**UniFirst First Aid + Safety**
**3499 Rider Trail South**
**Earth City, MO 63045**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,365.69 |
|---|---|---|---|

**Unishippers**
**16 Corporate Woods Blvd, Ste 2**
**Albany, NY 12211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280,695.31 |
|---|---|---|---|

**UPS**
**PO Box 809488**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Local Eateries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.00 |
|---|---|---|---|

**US Pest**
**PO Box 415000**
**Nashville, TN 37241-0922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,550.00 |
|---|---|---|---|

**Venture Laboratories, Inc.**
**805 Newtown Cir**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,800.00 |
|---|---|---|---|

**Walter Broncheau, Esq.**
**4731 Shortmile Road**
**Pendleton, OR 97801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,329.61 |
|---|---|---|---|

**Waste Management**
**PO Box 55558**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,198.50 |
|---|---|---|---|

**Waste Path Services LLC**
**1637 Shar-Cal Road**
**Calvert City, KY 42029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,500.00 |
|---|---|---|---|

**WEX Inc.**
**97 Darling Ave**
**South Portland, ME 04106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**William H. Freeman Trust**
**3810 Bedford Ave, Suite 300**
**Nashville, TN 37215**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SAFE note__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Local Eateries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Yotpo Inc.**
**400 Lafayette Street**
**4th Floor**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alternative Funding Group**<br>**PIRS Capital LLC**<br>**1688 Meridian Ave, Ste 700**<br>**Miami Beach, FL 33139** | Line **3.90**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Altus Receivables Management**<br>**PO Box 1389**<br>**Kenner, LA 70063** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **AMA Recovery Group**<br>**3131 Eastside St, Ste 435**<br>**Houston, TX 77098** | Line **3.90**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Amelia Adams**<br>**300 West Vine Street**<br>**Suite 2100**<br>**Lexington, KY 40507** | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Brad Hall**<br>**3131 Eastside Street, Suite 435**<br>**Houston, TX 77098** | Line **3.90**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **3.90**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Ekrem Hajra**<br>**Advanced Recovery Group**<br>**30 Two Bridges Rd, Ste 100**<br>**Fairfield, NJ 07004** | Line **3.98**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **First Corporate Solutions**<br>**914 South Street**<br>**Sacramento, CA 95811** | Line **3.73**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Steven Kurtz**<br>**LAK&K, LLP**<br>**15303 Ventura Blvd, Ste 1650**<br>**Sherman Oaks, CA 91403** | Line **3.73**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

Debtor **Local Eateries, Inc.**
Name

Case number (if known) _____

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 35,825.79 |
| **5b. Total claims from Part 2** | 5b. + $ | 13,054,692.98 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 13,090,518.77 |

Debtor name    **Local Eateries, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest        SAFE note <br><br>          State the term remaining <br><br>          List the contract number of any government contract | **1999 Frederick R. Wilson Irrevocable Tru** <br> **397 W 12th** <br> **New York, NY 10014** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest        SAFE note <br><br>          State the term remaining <br><br>          List the contract number of any government contract | **Allison Cook Hall** <br> **900 20th Ave S** <br> **#1203** <br> **Nashville, TN 37212** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest        SAFE note <br><br>          State the term remaining <br><br>          List the contract number of any government contract | **Andrew Gellert** <br> **18 Skyline Drive** <br> **Randolph, NJ 07869** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest        SAFE note <br><br>          State the term remaining <br><br>          List the contract number of any government contract | **Backbone Enterprises 2, LLC** <br> **5633 Peep O Day Lane** <br> **Loveland, CO 80538** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **SAFE note**

State the term remaining

List the contract number of any government contract

**Benjamin Canright Eagles**
**4601 Elkins Ave, Unit B**
**Nashville, TN 37209**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **SAFE note**

State the term remaining

List the contract number of any government contract

**Bill Thoni**
**1542 N Terhune**
**Wichita, KS 67230**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **SAFE note**

State the term remaining

List the contract number of any government contract

**Casey Lynch**
**1883 Camino A Los Cerros**
**Menlo Park, CA 94025**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **SAFE note**

State the term remaining

List the contract number of any government contract

**Chase Beeler**
**PO Box 1513**
**Palo Alto, CA 94302**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **SAFE note**

State the term remaining

List the contract number of any government contract

**Chris Jensen**
**1016 Wild Elm Street**
**Kissimmee, FL 34747**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.10.** State what the contract or lease is for and the nature of the debtor's interest      **SAFE note**

State the term remaining

List the contract number of any government contract

**Creek Club Capital**
**1561 Roswell Street SE**
**Smyrna, GA 30080**

**2.11.** State what the contract or lease is for and the nature of the debtor's interest      **SAFE note**

State the term remaining

List the contract number of any government contract

**David Harding**
**PO Box 30**
**Lincoln, MA 01773**

**2.12.** State what the contract or lease is for and the nature of the debtor's interest      **SAFE note**

State the term remaining

List the contract number of any government contract

**Fred J Hall Revocable Trust**
**9225 Lake Hefner Parkway, Ste 200**
**Oklahoma City, OK 73120**

**2.13.** State what the contract or lease is for and the nature of the debtor's interest      **SAFE note**

State the term remaining

List the contract number of any government contract

**Geisenheim Investment Trust**
**6365 Engh Place**
**Timnath, CO 80547**

**2.14.** State what the contract or lease is for and the nature of the debtor's interest      **SAFE note**

State the term remaining

List the contract number of any government contract

**J&C Limited Family Partnership, LLC**
**4442 West Lane**
**Cuba City, WI 53807**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.15.    State what the contract or lease is for and the nature of the debtor's interest     **Cold storage facility located at 117 Masonic Drive, Princeton, KY**

       State the term remaining     **18 Years**

       List the contract number of any government contract     _____

**J&M KY Properties LLC
25955 S. Carmel Hills Drive
Carmel, CA 93923-8356**

---

2.16.    State what the contract or lease is for and the nature of the debtor's interest     **SAFE note**

       State the term remaining

       List the contract number of any government contract     _____

**Jason Anderlite
63 Pasatiempo Drive
Santa Cruz, CA 95060**

---

2.17.    State what the contract or lease is for and the nature of the debtor's interest     **SAFE note**

       State the term remaining

       List the contract number of any government contract     _____

**Jesse Rogers
278 Park Lane
Atherton, CA 94027**

---

2.18.    State what the contract or lease is for and the nature of the debtor's interest     **SAFE note**

       State the term remaining

       List the contract number of any government contract     _____

**John Jay
2009 West 127th Street
Leawood, KS 66209**

---

2.19.    State what the contract or lease is for and the nature of the debtor's interest     **SAFE note**

       State the term remaining

       List the contract number of any government contract     _____

**John Keating
26208 Countryside Dr
Spicewood, TX 78669**

---



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.**   State what the contract or lease is for and the nature of the debtor's interest    **SAFE note** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Keoni Schwartz** <br> **475 Cotton Street** <br> **Menlo Park, CA 94025** |
| **2.21.**   State what the contract or lease is for and the nature of the debtor's interest    **SAFE notes** <br><br> State the term remaining <br><br> List the contract number of any government contract | **L37 Annapurna Evergreen, LP** <br> **23915 E. Cliff Dirve** <br> **Santa Cruz, CA 95062** |
| **2.22.**   State what the contract or lease is for and the nature of the debtor's interest    **SAFE note** <br><br> State the term remaining <br><br> List the contract number of any government contract | **PO Fund III** <br> **A Series of JMWTX Investments, LP** <br> **PO Box 3217** <br> **Seattle, WA 98114** |
| **2.23.**   State what the contract or lease is for and the nature of the debtor's interest    **SAFE note** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Randall Eason** <br> **1293 Martin Ave** <br> **Palo Alto, CA 94301** |
| **2.24.**   State what the contract or lease is for and the nature of the debtor's interest    **SAFE note** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Robert Ryan Chapman** <br> **2090 Old Airport Road** <br> **Nunnelly, TN 37137** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest — **SAFE note**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Sam Reed**<br>**865 Robertson Academy Road**<br>**Nashville, TN 37220** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest — **SAFE note**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Standford & Lindsey Phillips**<br>**159 Avery St**<br>**Decatur, GA 30030** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest — **SAFE note**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Thomas A. Eastes, III**<br>**104 Wooldride Place**<br>**Pewee Valley, KY 40056** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest — **SAFE note**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Trice Ventures, LLC**<br>**355 Barton way**<br>**Menlo Park, CA 94025** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest — **SAFE note**<br><br>State the term remaining<br><br>List the contract number of any government contract | **William H. Freeman Trust**<br>**3810 Bedford Ave, Suite 300**<br>**Nashville, TN 37215** |

Fill in this information to identify the case:

Debtor name    **Local Eateries, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chris Carter** | **106 Jackson Lane**<br>**Hendersonville, TN 37075** | **Fourth Capital Bank** | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.2 | **Chris Carter** | **106 Jackson Lane**<br>**Hendersonville, TN 37075** | **Fourth Capital Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Chris Carter** | **106 Jackson Lane**<br>**Hendersonville, TN 37075** | **RDM Capital Funding, LLC** | ☐ D _____<br>■ E/F __3.98__<br>☐ G _____ |
| 2.4 | **Chris Carter** | **106 Jackson Lane**<br>**Hendersonville, TN 37075** | **PIRS Capital, LLC** | ☐ D _____<br>■ E/F __3.90__<br>☐ G _____ |
| 2.5 | **James Peisker** | **2219 N Monticello Ave**<br>**Chicago, IL 60647** | **Shopify Capital, Inc.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Case 3:25-bk-01131   Doc 1   Filed 03/17/25   Entered 03/17/25 19:01:26   Desc Main
Document      Page 50 of 79

**█ Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | James Peisker | 2219 N Monticello Ave<br>Chicago, IL 60647 | RDM Capital<br>Funding, LLC | ☐ D _____<br>■ E/F __**3.98**__<br>☐ G _____ |
| 2.7 | James Peisker | 2219 N Monticello Ave<br>Chicago, IL 60647 | PIRS Capital, LLC | ☐ D _____<br>■ E/F __**3.90**__<br>☐ G _____ |
| 2.8 | Local Eateries,<br>LLC | 501 Gallatin Road<br>Nashville, TN 37206 | Manufactured<br>Networks, Inc. | ☐ D _____<br>■ E/F __**3.73**__<br>☐ G _____ |
| 2.9 | Local Eateries,<br>LLC | 501 Gallatin Road<br>Nashville, TN 37206 | Chris Roach | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Local Eateries,<br>LLC | 501 Gallatin Road<br>Nashville, TN 37206 | PIRS Capital, LLC | ☐ D _____<br>■ E/F __**3.90**__<br>☐ G _____ |
| 2.11 | Local Eateries,<br>LLC | 501 Gallatin Road<br>Nashville, TN 37206 | RDM Capital<br>Funding, LLC | ☐ D _____<br>■ E/F __**3.98**__<br>☐ G _____ |
| 2.12 | Porter Road<br>Butcher Meat<br>Co., LLC | 117 Masonic Drive<br>Princeton, KY 42445 | Manufactured<br>Networks, Inc. | ☐ D _____<br>■ E/F __**3.73**__<br>☐ G _____ |
| 2.13 | Porter Road<br>Butcher Meat<br>Co., LLC | 117 Masonic Drive<br>Princeton, KY 42445 | PIRS Capital, LLC | ☐ D _____<br>■ E/F __**3.90**__<br>☐ G _____ |

| Debtor | Local Eateries, Inc. | Case number (if known) | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Porter Road Butcher Meat Co., LLC**     **117 Masonic Drive Princeton, KY 42445** | **Chris Roach** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 | **Porter Road Butcher Meat Co., LLC**     **117 Masonic Drive Princeton, KY 42445** | **RDM Capital Funding, LLC** | ☐ D _____ <br> ■ E/F   **3.98** <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Local Eateries, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,110,914.40** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$11,302,690.50** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,254,018.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | **Sale of Note** | **$900,000.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | **Asset Sale** | **$5,000,000.00** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Bridgefield Casualty Insurance Company** PO Box 32034 Lakeland, FL 33802-2034 | 1/31/25 | $14,017.32 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Compass East Financial LLC** 1910 21st Ave S Nashville, TN 37212 | 2/18/25, 2/18/25 | $10,450.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.3. **Hampton Premium Meats** 1890 Pembroke Road Hopkinsville, KY 42240 | Jan-Mar 2025 | $108,935.50 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Joey Rittenberry Farm** 884 Klondike Mine Road Burna, KY 42028 | February 2025 | $263,940.04 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Natural State Processsing, LLC** 245 Quality Drive Clinton, AR 72031 | 2/28/2025 | $16,371.50 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **Manufactured Networks, Inc.** 10000 Washington Blvd., 6th Floor Culver City, CA 90232 | December 2024-March 2025 | $1,132,955.22 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **PIRS Capital, LLC** 1688 Meridian Ave, Ste 700 Miami Beach, FL 33139 | December 2024-January 2025 | $55,431.80 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | Local Eateries, Inc. | Case number (if known) | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.8. Shopify Capital, Inc.<br>103 Fould Road<br>Suite 218F<br>Wilmington, DE 19803 | January-March 2025 | $86,521.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. Coast Fuel Card<br>PO Box 483<br>New York, NY 10014 | December 2024-March 2025 | $11,801.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. Cincinnati Insurance<br>PO Box 145496<br>Cincinnati, OH 45250 | 12/17/24,<br>1/13/25 | $8,271.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. TN Department of Revenue<br>500 Deaderick Street<br>Nashville, TN 37242 | December 2024-March 2025 | $26,368.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Taxes_ |
| 3.12. Selective Insurance Company of America<br>PO Box 371468<br>Pittsburgh, PA 15250-7468 | 1/31/25,<br>2/25/25 | $13,306.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. IPFS Corporation<br>24722 Network Place<br>Chicago, IL 60673 | December 2024-March 2025 | $9,934.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Chris Carter<br><br>Co-Founder | 5/12/2023 | $162,500.00 | Repayment |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **Grass Roots Farmers Coop**<br>**4154 Hwy 254E**<br>**Leslie, AR 72645** | **December 2024** | **$30,000.00** | **Transferred 2017 Dodge ProMaster refrigerated truck in exchange for outstanding invoices.** |
| 4.3.  **Lucy Carter**<br>**2120 Harding Place**<br>**Nashville, TN 37215** | **8/8/2024** | **$10,000.00** | **Loan payment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **Unknown** | | | **Unknown** |
| **Recipients relationship to debtor** | | | |

---

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dunham Hildebrand Payne Waldron, PLLC**<br>**9020 Overlook Blvd., Suite 316**<br>**Brentwood, TN 37027** | | **2025** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---------|--------------------|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1221 6th Ave N Nashville, TN 37208** | **2021-Oct 2022** |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

       ■ No Go to Part 10.
      ☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage**<br>**201 Williams Avenue**<br>**Madison, TN 37115** | Chris Carter | **Used office furniture, to include tables, chairs, TV, desks, bookshelves.** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Porter Road Butcher Meat Co., LLC**<br>**117 Masonic Drive**<br>**Princeton, KY 42445** | **Butcher and meat processing** | EIN: **47-2486634**<br><br>From-To **Current** |
| 25.2. **Local Eateries, LLC**<br>**PO Box 281435**<br>**Nashville, TN** | **Holding company** | EIN: **27-3609224**<br><br>From-To **Current** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Blankenship CPA Group, PLLC**<br>**700 Church Street**<br>**Suite 100**<br>**Nashville, TN 37203** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Blankenship CPA Group, PLLC**<br>**700 Church Street**<br>**Suite 100**<br>**Nashville, TN 37203** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **KraftCPAs PLLC**<br>**555 Great Circle Road**<br>**Nashville, TN 37228** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Compass East Financial LLC**<br>**1910 21st Ave S**<br>**Nashville, TN 37212** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | Chris Carter | 12/31/2024 | |

| | Name and address of the person who has possession of inventory records |
| --- | --- |
| | Local Eateries, Inc.<br>PO Box 281435<br>Nashville, TN 37228 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Chris Carter | 106 Jackson Lane<br>Hendersonville, TN 37075 | Co-Founder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| James Peisker | 2219 N Monticello Ave<br>Chicago, IL 60647 | Co-Founder | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | James Peisker<br>2219 N Monticello Ave<br>Chicago, IL 60647 | $216,865.44 | January 2024-March 2025 | W2 wages |
| | Relationship to debtor<br>Co-Founder | | | |
| 30.2. | Chris Carter<br>106 Jackson Lane<br>Hendersonville, TN 37075 | 231,462.50 | January 2024-March 2025 | W2 wages |
| | Relationship to debtor<br>Co-Founder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2025** _____

**/s/ Chris Carter** _____          **Chris Carter** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Co-Founder** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Local Eateries, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 85,000.00 |
| Prior to the filing of this statement I have received | $ | 85,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):     **Debtor paid retainer shared with affiliate filings for Local Eateries, LLC and Porter Road Butcher Meat Co., LLC**

3.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 17, 2025**

*Date*

**/s/ R. Alex Payne**

**R. Alex Payne**
*Signature of Attorney*
**Dunham Hildebrand Payne Waldron, PLLC**
**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
**629 777 6529  Fax: 615 777 3765**
**alex@dhnashville.com**
*Name of law firm*

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Local Eateries, Inc.**           Case No. _____

          Debtor(s)        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See attached list** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Co-Founder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 17, 2025** _____       Signature   **/s/ Chris Carter**

                                                       **Chris Carter**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Local Eateries, Inc.**                                          Case No.
_____    _____
                                    Debtor(s)    Chapter    **11**    _____

# VERIFICATION OF CREDITOR MATRIX

I, the Co-Founder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 17, 2025**                    **/s/ Chris Carter**
_____    _____
                                    **Chris Carter**/**Co-Founder**
                                    Signer/Title

LOCAL EATERIES, INC.
PO BOX 281435
NASHVILLE TN 37228

R. ALEX PAYNE
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

1999 FREDERICK R. WILSON IRREVOCABLE TRU
397 W 12TH
NEW YORK NY 10014

A.C. LEGG, INC.
PO BOX 709
CALERA AL 35040-0709

ADT COMMERCIAL
PO BOX 382109
PITTSBURGH PA 15251-8109

AGUSTIN GARIBEY
PO BOX 174
MADISON TN 37116

ALLISON COOK HALL
900 20TH AVE S
#1203
NASHVILLE TN 37212

ALTERNATIVE FUNDING GROUP
PIRS CAPITAL LLC
1688 MERIDIAN AVE, STE 700
MIAMI BEACH FL 33139

ALTUS RECEIVABLES MANAGEMENT
PO BOX 1389
KENNER LA 70063

AMA RECOVERY GROUP
3131 EASTSIDE ST, STE 435
HOUSTON TX 77098

AMELIA ADAMS
300 WEST VINE STREET
SUITE 2100
LEXINGTON KY 40507

AMERICAN PAPER & TWINE COMPANY
PO BOX 90348
NASHVILLE TN 37209

ANDREW GELLERT
18 SKYLINE DRIVE
RANDOLPH NJ 07869

ARTHUR J. GALLAGHER RISK MANAGEMENT
SERVICES, LLC
PO BOX 39735
CHICAGO IL 60694-9700

ARTIC RESTAURANT SERVICE & SUPPLY
1520 ISLAND FORD ROAD
MADISONVILLE KY 42431

ASCENTIUM CAPITAL
23970 HIGHWAY 59 NORTH
KINGWOOD TX 77339

ATTENTIVE MOBILE INC.
221 RIVER STREET
9TH FLOOR
HOBOKEN NJ 07030

BACKBONE ENTERPRISES 2, LLC
5633 PEEP O DAY LANE
LOVELAND CO 80538

BAKER DONELSON
1600 WEST END AVENUE, SUITE 2000
NASHVILLE TN 37203

BDBCREATIVE INC.
55 MALLORY RD
GHENT NY 12075

BELMARK
PO BOX 8814
CAROL STREAM IL 60197-8814

BENJAMIN CANRIGHT EAGLES
4601 ELKINS AVE, UNIT B
NASHVILLE TN 37209

BERLIN PACKAGING, LLC
525 WEST MONROE STREET
14TH FLOOR
CHICAGO IL 60661

BILL THONI
1542 N TERHUNE
WICHITA KS 67230

BLACK EQUIPMENT
5119 CHARTER OAK DRIVE
PADUCAH KY 42001

BLANKENSHIP CPA GROUP, PLLC
700 CHURCH STREET
SUITE 100
NASHVILLE TN 37203

BOOST PROMOTIONS, INC
100 CUMMINGS CENTER
SUITE 216G
BEVERLY MA 01915

BRAD HALL
3131 EASTSIDE STREET, SUITE 435
HOUSTON TX 77098

BREATHITT VETERINARY CENTER
PO BOX 2000
MURRAY KY 42071

BREX, INC.
CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DRIVE, SUITE 150N
SACRAMENTO CA 95833

CALDWELL MECHANICAL
1010 KREBS STATION RD
PADUCAH KY 42003

CARTA
333 BUSH STREET
SUITE 2300
SAN FRANCISCO CA 94104

CASEY LYNCH
1883 CAMINO A LOS CERROS
MENLO PARK CA 94025

CHASE BEELER
PO BOX 1513
PALO ALTO CA 94302

CHRIS CARTER
106 JACKSON LANE
HENDERSONVILLE TN 37075

CHRIS JENSEN
1016 WILD ELM STREET
KISSIMMEE FL 34747

CHRIS ROACH
1780 46TH AVE
CAPITOLA CA 95010

CINCINNATI INSURANCE CO.
DEDUCTIBLE RECOVERY GROUP
PO BOX 6068-31
HERMITAGE PA 16148-1068

CINTAS
PO BOX 630921
CINCINNATI OH 45263-0910

CLEARCO
548 MARKET STREET, #68100
SAN FRANCISCO CA 94104

COAST FUEL CARD
PO BOX 483
NEW YORK NY 10014

COMPASS EAST FINANCIAL LLC
1910 21ST AVE S
NASHVILLE TN 37212

COOK WELL CO
PO BOX 6009
BOZEMAN MT 59771

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD IL 62708

CREATION GARDENS
725 EAST MARKET STREET
LOUISVILLE KY 40202

CREATIVE PACKAGING COMPANY
6301 MIDLAND INDUSTRIAL DRIVE
SHELBYVILLE KY 40065

CREEK CLUB CAPITAL
1561 ROSWELL STREET SE
SMYRNA GA 30080

CSC
801 ADALAI STEVENSON DR
SPRINGFIELD IL 62703

CYPRESS VALLEY MEAT COMPANY LLC
5951 HWY 64E
POTTSVILLE AR 72858

DARLING INGREDIENTS INC
PO BOX 554885
DETROIT MI 48255-4885

DAVID HARDING
PO BOX 30
LINCOLN MA 01773

DELAWARE SECRETARY OF STATE
STATE OF DE, DIVISIONS OF CORPORATIONS
PO BOX 5509
BINGHAMTON NY 13902-5509

DLA PIPER LLP
650 EXETER STREET, SUITE 1100
BALTIMORE MD 21202-4576

DPSP ONLINE, LLC
1780 46TH AVE
CAPITOLA CA 95010

EKREM HAJRA
ADVANCED RECOVERY GROUP
30 TWO BRIDGES RD, STE 100
FAIRFIELD NJ 07004

EXO LEGAL PLLC
PO BOX 121616
NASHVILLE TN 37212

FEDEX CORPORATE SERVICES INC.
PO BOX 660481
DALLAS TX 75266-0481

FIRST CITIZENS BANK & TRUST COMPANY
75 N. FAIR OAKS AVENUE
PASADENA CA 91103

FIRST CORPORATE SOLUTIONS
914 SOUTH STREET
SACRAMENTO CA 95811

FOURTH CAPITAL BANK
PO BOX 305099
NASHVILLE TN 37230

FOURTH CAPITAL BANK
10 LEA AVE, STE 900
NASHVILLE TN 37210

FRED J HALL REVOCABLE TRUST
9225 LAKE HEFNER PARKWAY, STE 200
OKLAHOMA CITY OK 73120

GEISENHEIM INVESTMENT TRUST
6365 ENGH PLACE
TIMNATH CO 80547

GOODY TECHNOLOGIES, INC.
650 NORTHEAST 32ND ST
UNIT 4103
MIAMI FL 33137

```
GREAT AMERICAN INSURANCE AGENCY, INC.
117 N MASSACHUSETTS AVE
LAKELAND FL 33801

HAMPTON PREMIUM MEATS
1890 PEMBROKE ROAD
HOPKINSVILLE KY 42240

ICI MECHANICAL, LLC
1010 KREBS STATION ROAD
PADUCAH KY 42003

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101

IPFS CORPORATION
24722 NETWORK PLACE
CHICAGO IL 60673

ISOLVED BENEFIT SERVICES
PO BOX 889
COLDWATER MI 49036-1741

IT VOICE
L4349
COLUMBUS OH 43260-4349

J&C LIMITED FAMILY PARTNERSHIP, LLC
4442 WEST LANE
CUBA CITY WI 53807

J&M KY PROPERTIES LLC
25955 S. CARMEL HILLS DRIVE
CARMEL CA 93923-8356

JAMES PEISKER
2219 N MONTICELLO AVE
CHICAGO IL 60647

JASON ANDERLITE
63 PASATIEMPO DRIVE
SANTA CRUZ CA 95060

JESSE ROGERS
278 PARK LANE
ATHERTON CA 94027

JJ KELLER

JOES FARM LLC
53323 PULVER ROAD
THREE RIVERS MI 49093
```

```
JOEY RITTENBERRY FARM
884 KLONDIKE MINE ROAD
BURNA KY 42028

JOHN JAY
2009 WEST 127TH STREET
LEAWOOD KS 66209

JOHN KEATING
26208 COUNTRYSIDE DR
SPICEWOOD TX 78669

KEEP IT COOL
7742 KENDALL DRIVE 173
MIAMI FL 33156

KENT ROLLINS
907 9TH STREET
WELLINGTON TX 79095

KEONI SCHWARTZ
475 COTTON STREET
MENLO PARK CA 94025

KRAFTCPAS PLLC
555 GREAT CIRCLE ROAD
NASHVILLE TN 37228

KTM INDUSTRIES, INC.
DBA GREENCELLFOAM
2325 JARCO DRIVE
HOLT MI 48842

L37 ANNAPURNA EVERGREEN, LP
23915 E. CLIFF DIRVE
SANTA CRUZ CA 95062

LIBERTY PACKAGING
PO BOX 858935
MINNEAPOLIS MN 55485-8935

LOCAL EATERIES, LLC
501 GALLATIN ROAD
NASHVILLE TN 37206

LOCKWOOD PACKING COMPANY LLC
511 W. 6TH STREET
PO BOX 87
LOCKWOOD MO 65682

LUCKEY HOSPITALITY, LLC
101 CENTENNIAL CIRCLE
STE 101
NASHVILLE TN 37209
```

LUCY CARTER
2120 HARDING PLACE
NASHVILLE TN 37215

MANUFACTURED NETWORKS, INC.
10000 WASHINGTON BLVD., 6TH FLOOR
CULVER CITY CA 90232

MARKSBURY FARM FOODS, LLC
7907 NICHOLASVILLE ROAD
LANCASTER KY 40444

MCGEE PEST CONTROL, INC.
1826 SOUTH WALNUT STREET
HOPKINSVILLE KY 42240

METRO WATER
PO BOX 305225
NASHVILLE TN 37208

MH EQUIPMENT COMPANY
PO BOX 854469
MINNEAPOLIS MN 55485-4469

MICHAEL GREENFIELD
DBA BGBK INC.
672 10TH STREET
BROOKLYN NY 11215

MIDDESK, INC.
AS REPRESENTATIVE
56 BROAD ST, STE 14033

MIDWEST LABORATORIES, INC.
PO BOX 685
GRETNA NE 68028

MILK STREET STORE
177 MILK STREET
1ST FLOOR
BOSTON MA 02109

MUSIC CITY ENVIRONMENTAL
1629 ELM HILL PIKE
NASHVILLE TN 37210

NASHVILLE ELECTRIC SERVICE
1214 CHURCH STREET
NASHVILLE TN 37246

NASHVILLE WIRE PRODUCTS
199 POLK AVE
NASHVILLE TN 37210

NATURAL STATE PROCESSSING, LLC
245 QUALITY DRIVE
CLINTON AR 72031

ON DEMAND SOLUTIONS LLC
1009 MORCHELLA PRIVATE WAY
HENDERSONVILLE TN 37075

OVERHEAD DOOR CO. OF WESTERN KENTUCKY
523 FRIENDSHIP ROAD
PADUCAH KY 42001

PARTSXPRESS
10191 BUNSEN WAY
LOUISVILLE KY 40299

PAYPAL WORKING CAPITAL
ATTN: EXECUTIVE ESCALATION
PO BOX 45950
OMAHA NE 68145

PIEDMONT NATURAL GAS
PO BOX 33068
CHARLOTTE NC 28233

PIRS CAPITAL, LLC
1688 MERIDIAN AVE, STE 700
MIAMI BEACH FL 33139

PO FUND III
A SERIES OF JMWTX INVESTMENTS, LP
PO BOX 3217
SEATTLE WA 98114

PORTER ROAD BUTCHER MEAT CO., LLC
117 MASONIC DRIVE
PRINCETON KY 42445

PRAIRIE SMOKEHOUSE PARTNERS, LLC
1978 WESTERN DRIVE
GREENTOP MO 63546

PROMILES SOFTWARE DEVELOPMENT CORP.
1900 TEXAS AVE
PO BOX 398
BRIDGE CITY TX 77611

QUALITY CASINGS COMPANY, INC.
PO BOX 695
BURLINGTON KY 41005

QVEST
1705 1ST AVE
GREELEY CO 80631

RAMP CARD
28 WEST 23RD STREET
NEW YORK NY 10010

RANDALL EASON
1293 MARTIN AVE
PALO ALTO CA 94301

RDM CAPITAL FUNDING, LLC
DBA FINTAP
777 PASSAIC AVE, STE 375
CLIFTON NJ 07012

ROBERT RYAN CHAPMAN
2090 OLD AIRPORT ROAD
NUNNELLY TN 37137

RUSKEN PACKAGING OF TN INC.
PO BOX 11407
BIRMINGHAM AL 35246-5827

SAM REED
865 ROBERTSON ACADEMY ROAD
NASHVILLE TN 37220

SELECTIVE INSURANCE COMPANY OF AMERICA
PO BOX 371468
PITTSBURGH PA 15250-7468

SHOPIFY CAPITAL, INC.
103 FOULD ROAD
SUITE 218F
WILMINGTON DE 19803

SOLARO CONSULTING INC.
531 LAKEHILL ROAD
KALEDEN, BC V0H1K0 CANADA

SOUTHERN MISSOURI CONTAINERS INC.
PO BOX 4306
SPRINGFIELD MO 65808

SPARK PARTNERSHIPS
2241 BRIDLEWOOD DRIVE
RANCHO CORDOVA CA 95670

SQUARE SEQUATCHIE COVE FARM
320 DIXON COVE RD
SEQUATCHIE TN 37374-3015

STANDFORD & LINDSEY PHILLIPS
159 AVERY ST
DECATUR GA 30030

STANFORD & LINDSEY PHILLIPS
159 AVERY ST
DECATUR GA 30030

STEPHEN CUSATO
DBA CHOP STUDIOS INC.
76 KENGSINGTON RD
BRONXVILLE NY 10708

STEVEN KURTZ
LAK&K, LLP
15303 VENTURA BLVD, STE 1650
SHERMAN OAKS CA 91403

STONES RIVER CONSULTING, INC.
2441 OLD FORT PARKWAY
SUITE 407
NASHVILLE TN 37209

STRIPE
354 OYSTER POINT BOULEVARD
SOUTH SAN FRANCISCO CA 94080

TEMPAC, LLC
5590 LAUBY RD
STE 10
NORTH CANTON OH 44720

THE ELLIOTT HOMESTEAD INC.
PO BOX 369
MALAGA WA 98828

THE SPICE GUY
411 LIPAN STREET
DENVER CO 80204

THERMO KING
DEPT 83
PO BOX 6069
INDIANAPOLIS IN 46206-6069

THOMAS A. EASTES, III
104 WOOLDRIDE PLACE
PEWEE VALLEY KY 40056

TIMM & GARFINKEL, LLC
770 LAKE COOK ROAD
SUITE 150
DEERFIELD IL 60015

TN DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE TN 37242

TRAFFIX
141 WEST JACKSON BLVD
CHICAGO IL 60604

TRICE VENTURES, LLC
355 BARTON WAY
MENLO PARK CA 94025

UKG, INC.
1455 NORTH PARK DRIVE
FORT LAUDERDALE FL 33326

UNCRATE
605 NORTH HIGH STREET
#323
COLUMBUS OH 43215

UNIFIRST CORPORATION
PO BOX 650481
DALLAS TX 75265-0481

UNIFIRST FIRST AID + SAFETY
3499 RIDER TRAIL SOUTH
EARTH CITY MO 63045

UNISHIPPERS
16 CORPORATE WOODS BLVD, STE 2
ALBANY NY 12211

UPS
PO BOX 809488
CHICAGO IL 60680

US PEST
PO BOX 415000
NASHVILLE TN 37241-0922

VENTURE LABORATORIES, INC.
805 NEWTOWN CIR
LEXINGTON KY 40511

WALTER BRONCHEAU, ESQ.
4731 SHORTMILE ROAD
PENDLETON OR 97801

WASTE MANAGEMENT
PO BOX 55558
BOSTON MA 02205

WASTE PATH SERVICES LLC
1637 SHAR-CAL ROAD
CALVERT CITY KY 42029

WEX INC.
97 DARLING AVE
SOUTH PORTLAND ME 04106

WILLIAM H. FREEMAN TRUST
3810 BEDFORD AVE, SUITE 300
NASHVILLE TN 37215

YOTPO INC.
400 LAFAYETTE STREET
4TH FLOOR
NEW YORK NY 10003

# United States Bankruptcy Court
## Middle District of Tennessee

In re __Local Eateries, Inc._____  Case No. _____
                                    Debtor(s)            Chapter __11_____

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Local Eateries, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March 17, 2025_____      /s/ R. Alex Payne
Date                                     **R. Alex Payne**
                                         Signature of Attorney or Litigant
                                         Counsel for __Local Eateries, Inc.__
                                         **Dunham Hildebrand Payne Waldron, PLLC**
                                         **9020 Overlook Blvd., Suite 316**
                                         **Brentwood, TN 37027**
                                         **629 777 6529 Fax:615 777 3765**
                                         **alex@dhnashville.com**